BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMXAY SIRIBOUNTHONG,<br><br>Defendant. | CASE NO. Cr 1:12-cr-00325 AWI-BAM<br><br>STIPULATION REGARDING TIME CHANGE;  ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, May 13, 2013, at 1:00 p.m. before the Honorable U.S. Magistrate Judge Barbara A. McAuliffe.

2. By this stipulation, defendant now moves to set the matter for a change of plea on May 13 at 10:00 a.m. before the Honorable Senior U.S. District Judge Anthony W. Ishii.

////

////

////

////

1

IT IS SO STIPULATED.

DATED: May 2, 2013.                Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                      United States Attorney

                                        /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR
                                        Assistant United States Attorney

DATED: May 2, 2013.

                                        /s/ Dale Blickenstaff
                                        DALE BLICKENSTAFF
                                        Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: May 2, 2013            _____
                                            SENIOR DISTRICT JUDGE