# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Kimxay Siribounthong          **Docket Number:**   1:12CR00325-003

**Name of Judicial Officer**:   Senior United States District Judge Antony W. Ishii

**Date of Original Sentence:**   7/22/2013

**Original Offense:** 21 U.S.C. § 841(a)(1), (b)(1)(A), and 846, Conspiracy to Manufacture, to Distribute, and to Possess With the Intent to Distribute Marijuana (CLASS A FELONY)

**Original Sentence:** 27 months Bureau of Prisons; 36 months supervised release; $100 special assessment; mandatory drug testing

**Special Conditions:** 1) Search; 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) Pager/cellular phone restriction; 5) Deportation

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   8/29/2014

**Other Court Actions:** None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential re-entry center, Turning Point of Central California, for a period of up to 180 days; said placement shall commence as directed by the Probation Officer, pursuant to 18 USC 3563(b)(11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

Case 1:12-cr-00325-AWI-BAM   Document 98   Filed 08/19/14   Page 2 of 2

**Justification:** The defendant is scheduled to discharge from the Bureau of Prisons on August 26, 2014, with no viable housing.  It was agreed that a placement at a residential re-entry center would provide a stable environment, while assisting in the development of a viable residential plan.  He voluntarily accepted the proposed modification and signed the Probation Form 49a, Waiver of Hearing to Modify Conditions of Supervised Release, which is provided for the Court's review

Respectfully submitted,

**/s/ Leighann Milford   for**

**Rick Tarazon**
**United States Probation Officer**
Telephone: (559) 499-5700

**DATED:**      **08/17/2014**

Reviewed by,

**/s/ Tim D. Mechem**

**Tim D. Mechem**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:   August 19, 2014                          _____
                                                                    SENIOR  DISTRICT  JUDGE

PROB 12B
                                                                                                                    (04/13)